455 F.2d 1406
 Smith
v.
U. S.
 71-1738
 United States Court of Appeals Second Circuit
 Nov. 1, 1971
 D.Vt., 319 F.Supp. 1359
 
 1
 (The decision of the Court is referenced in a 'Table of Decisions Without Reported Opinions' appearing in the Federal Reporter. The Second Circuit provides by rule for disposition by summary order when a decision is unanimous and each judge believes that 'no jurisprudential purpose would be served by a written opinion.' Decisions without formal opinions 'shall not be cited or otherwise used in unrelated cases.' Second Circuit Rules, § 0.23, 28 U.S.C.A.)